IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GUILLERMO VAELLO-RODRÍGUEZ, et al.,<br><br>    Plaintiffs<br><br>        v.<br><br>MOBRO MARINE, INC.,<br><br>    Defendant, Counterclaimant<br>    and Third-Party Plaintiff<br><br>        v.<br><br>DOCKSIDE MARINE CONTRACTORS, INC.,<br><br>    Counterclaim Defendant<br><br>COMPAÑÍA DE FIANZAS DE PUERTO RICO,<br><br>    Third-Party Defendant<br>    and Fourth-Party Plaintiff<br><br>        v.<br><br>SEGUROS CALDERÓN, INC.,<br><br>    Fourth-Party Defendant | CIVIL NO. 04-2277 (JP)<br>[CONSOLIDATED WITH CIVIL NO. 05-1093 (JAG)] |

**FINAL JUDGMENT**

The Court has before it the parties' Joint Motion for Voluntary Dismissal of Amended Complaint and Counterclaim (No. 233), wherein the parties inform the Court that they executed a confidential settlement agreement that disposes of all claims and counterclaims in the instant case. The parties request that the Court enter

CIVIL NO. 04-2277 (JP)          -2-

judgment dismissing with prejudice all claims asserted by the plaintiffs, and all counterclaims asserted by the defendant. The parties did not file the settlement agreement with the Court, and did not request that the Court incorporate its terms into its judgment. The joint motion is duly signed by counsel for the defendant and for the plaintiffs.

The Court grants the motion, and **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** all of the plaintiffs' claims and the defendant's counterclaims.

This judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of January, 2007.

                                          s/Jaime Pieras, Jr.
                                          JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE